# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1928
Lower Tribunal No. 21-10054
_____

**Impulsora de Productos Sustentables S.A.P.I. de C.V.,**
Petitioner,

vs.

**Senen Daniel Garcia, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Law Office of Alan I. Karten, PLLC, and Alan I. Karten (Boynton Beach), for petitioner.

Kaplan Zeena LLP, and James M. Kaplan, Robin Corwin Campbell, and Maria Kimijima, for respondents.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Petitioner, Impulsora de Productos Sustentables S.A.P.I. de C.V., seeks review, by means of a petition for certiorari, of a trial court order staying certain discovery until such time as a viable cause of action is asserted. Because petitioner has failed to carry its burden of demonstrating that the order will result in irreparable injury, we dismiss the petition for lack of jurisdiction. See Villella v. Ansin, 263 So. 3d 823, 824 (Fla. 3d DCA 2019); Valencia v. PennyMac Holdings, LLC, 317 So. 3d 178, 180 (Fla. 3d DCA 2021); Damsky v. Univ. of Miami, 152 So. 3d 789, 792 (Fla. 3d DCA 2014).

Petition dismissed.